# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

2009 SEP 28   PM 3: 40

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>RAUL MEDINA-GUILLEN,<br><br>                    Defendant. | CASE NO. 09CR3250-JM<br><br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____   the Court has dismissed the case for unnecessary delay; or

_____   the Court has granted the motion of the Government for dismissal; or

_____   the Court has granted the motion of the defendant for a judgment of acquittal; or

_____   a jury has been waived, and the Court has found the defendant not guilty; or

_____   the jury has returned its verdict, finding the defendant not guilty;

_____   of the offense(s) of:

          IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: SEPTEMBER 24, 2009

_____

NITA L. STORMES
UNITED STATES DISTRICT JUDGE


ENTERED ON _____